USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

IEI, INC.,

                        **Plaintiff,**

           **-against-**

ETG CAPITAL, LLC,

                  **Defendant.**

-------------------------------------------------------------- x

    **1:19-cv-05049-ALC-JLC**

    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ORDERED to file a joint status report regarding if it is too late for

Defendant to raise an alleged failure by Plaintiff to perform a condition precedent, and, in

any event, if Defendant wishes to withdraw the argument by December 2, 2020.

**SO ORDERED.**

**Dated:**   November 20, 2020

      **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**