```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/1/2020
```

-----------------------------------------------------------------x
IEI INC.,

                     **Plaintiff,**

         v.

ETG CAPITAL LLC,

                     **Defendant.**

-----------------------------------------------------------------: x

**1:19-cv-05049-ALC-JLC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby schedules a status conference in this matter on December 7, 2020 at 3:30 p.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: December 1, 2020**
      **New York, New York**

                                                     _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**