```
                                                    USDC SDNY
UNITED STATES DISTRICT COURT                        DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                       ELECTRONICALLY FILED
                                                    DOC#: _____
-----------------------------------------------------------x  DATE FILED: 12/29/2020
IEI INC.,                                       :
                        Plaintiff,              :
                                                :
            v.                                  :   1:19-cv-05049-ALC
ETG CAPITAL LLC,                                :   ORDER
                                                :
                        Defendant.              :
                                                :
                                                :
                                                :
-----------------------------------------------------------:
                                                : x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' status report and letters. ECF No. 50-52. The Court hereby ORDERS Defendant to file a further response to Plaintiff's futility arguments set forth in the status report by January 8, 2021.

**SO ORDERED.**
**Dated: December 29, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**