```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IEI INC.,

                Plaintiff,      **ORDER**

      -v-      19-CV-5049 (ALC) (JLC)

ETG CAPITAL LLC,

                Defendant.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      In light of Judge Carter's January 27, 2021 order concluding that Plaintiff is entitled to additional discovery (Dkt. No. 56), the Court will hold a status conference to revise the case management plan on **February 10, 2021** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). The parties are directed to submit a joint letter no later than **February 8** at **5:00 p.m.** proposing a schedule for the remaining discovery and addressing the parties' positions on whether they are interested in a referral to the Court's mediation program or alternatively in a settlement conference with the Court. If the parties want either a mediation referral or a settlement conference, they should propose the timing of such referral or conference

1

in the joint letter as well (*i.e.*, before any additional discovery, after discovery is closed, or post any dispositive motions, etc.).

**SO ORDERED.**

Dated: January 28, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge