UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
IEI INC., :
 :
                Plaintiff, :    Case No. 1:19-cv-05049 ALC
 :
    -against- :
 :
ETG CAPITAL LLC, :
 :
                Defendant. :
---------------------------------------------------------------- X

## NOTICE OF PLAINTIFF IEI INC.'S MOTION FOR LEAVE TO AMEND

**PLEASE TAKE NOTICE** that Plaintiff IEI Inc., pursuant to Federal Rule of Civil Procedure 15, moves this Court for leave to amend its Complaint [DE 1] before the Honorable Andrew L. Carter, United States District Court Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall serve and file any opposition to Plaintiff's motion on or before October 20, 2021, and Plaintiff shall serve and file any reply by October 25, 2021, in accordance with this Court's October 8, 2021 Order [DE 68].

Dated: October 13, 2021                    GREENBERG TAURIG, LLP
       New York, New York

                                                    By:   /s/ Jon L. Swergold
                                                               Caroline J. Heller
                                                                200 Park Avenue
                                                                The MetLife Building
                                                                New York, New York 10166
                                                                (212) 801-9200

                                                               Jon L. Swergold
                                                               401 E. Las Olas Blvd., Suite 2000
                                                               Fort Lauderdale, Florida 33301
                                                               (954) 765-0500

                                                               *Attorneys for Plaintiff IEI Inc.*