

Caroline J. Heller
Caroline.Heller@gtlaw.com
(212) 801-2165

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 12, 2024

November 11, 2024

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
40 Foley Square
New York, NY 10007

Re:   *IEI Inc. v. ETG Capital LLC*, 19-cv-05049-ALC-HJR

Dear Judge Carter:

We represent Plaintiff IEI Inc. ("IEI") in the above-captioned action. We write jointly with Defendant ETG Capital, LLC's ("ETG") to respectfully request that the parties be permitted to file a joint pretrial order no later than December 13, 2024.

As the Court is aware, in an Order dated September 30, 2024, this Court granted ETG's motion for reargument and ordered the parties to file a joint status report no later than October 15, 2024. (ECF 112). Pursuant to the Court's Individual Practices, number 4(A), the parties were required to file a joint pretrial order no later than thirty days from the Court's September 30, 2024, Order. On October 15, 2024, the parties filed a Joint Status Report, requesting that they be permitted to file the Joint Pretrial Order by November 15, 2024, because Defendant's counsel had obligations due to the Jewish holidays. The parties have been working diligently to prepare the Joint Pretrial Order but request additional time so that they may work together to try to come to agreement any stipulations or agreed statements of fact or law. After conferring, the parties agreed that an additional 4 weeks would be sufficient finalize the Joint Pretrial Order. The parties are available at the Court's convenience to discuss dates for a bench trial.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
      Caroline J. Heller
      One Vanderbilt Ave.
      New York, New York 10017
      Tel: (212) 801-9200
      Fax: (212) 805-6400
      hellerc@gtlaw.com
      *Attorneys for Plaintiff IEI Inc.*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 12, 2024
New York, NY

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia*. Las Vegas. London*. Long Island. Los Angeles. Mexico City⁺. Miami. Milan». Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁼. Seoul∞. Shanghai. Silicon Valley. Singapore⁻. Tallahassee. Tampa. Tel Aviv˄. Tokyo¤. United Arab Emirates˜. Warsaw˜. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; *A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ⁾Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ⁼Greenberg Traurig LLP Foreign Legal Consultant Office; ⁻Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˴Greenberg Traurig Limited; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k..

www.gtlaw.com