

Caroline J. Heller
Caroline.Heller@gtlaw.com
(212) 801-2165

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 13, 2024

December 10, 2024

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
40 Foley Square
New York, NY 10007

Re:   *IEI Inc. v. ETG Capital LLC*, 19-cv-05049-ALC-HJR

Dear Judge Carter:

We represent Plaintiff IEI Inc. ("IEI") in the above-captioned action. We write jointly with Defendant ETG Capital, LLC's ("ETG") to respectfully request that the parties be permitted to file a joint pretrial order ("JPTO") no later than January 13, 2025. This is the parties' second request for an extension.

In an Order dated September 30, 2024, this Court granted ETG's motion for reargument and ordered the parties to file a joint status report no later than October 15, 2024. (ECF 112). Pursuant to the Court's Individual Practices, number 4(A), the parties were required to file a JPTO no later than thirty days from the Court's September 30, 2024 Order. On October 15, 2024, the parties filed a Joint Status Report, requesting that they be permitted to file the JPTO by November 15, 2024 because Defendant's counsel had obligations due to the Jewish holidays. In a letter dated November 11, 2024, the parties jointly requested an extension of time to file the JPTO to December 13, 2024, because the parties required additional time to work together toward coming to agreement any stipulations or agreed statements of fact or law. The Court so ordered the request on November 12, 2024. (ECF 116).

Since that time, the parties have engaged in productive communications concerning the issues in the JPTO, including exchanging initial exhibit lists. The progress has been slower than the parties anticipated due, in part, to the fact that Plaintiff's lead counsel had some immovable filing deadlines in other matters, and undersigned counsel required some time out of the office due to the death of a colleague and friend. After conferring and taking into consideration the parties' schedules and the holidays, the parties agreed that they will be able to finalize the JPTO no later than January 13, 2025. Accordingly, we respectfully request that that the parties be permitted to file a JPTO no later than January 13, 2025. We thank the Court for its consideration of the request.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁺. Las Vegas. London⁺.
Long Island. Los Angeles. Mexico City⁺. Miami. Milan≈. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland.
Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁺. Seoul∞. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv^. Tokyo⁺. United Arab Emirates⁺.
Warsaw~. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; ⁺A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ⁺Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ⁺Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ⁺GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ⁺Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

Honorable Andrew J. Carter, Jr.
December 10, 2024
Page 2

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:    /s/ Caroline J. Heller
       Caroline J. Heller
       One Vanderbilt Ave.
       New York, New York 10017
       Tel: (212) 801-9200
       Fax: (212) 805-6400
       hellerc@gtlaw.com
       *Attorneys for Plaintiff IEI Inc.*

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 13, 2024
New York, NY