

Jon L. Swergold
Tel 954.765.0500
swergoldj@gtlaw.com

November 4, 2025

**Via ECF**

Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/5/2025

Re:   *IEI Inc. v. ETG Capital LLC*, No. 1:19-cv-05049-ALC-HJR
      Agreed Letter Motion to Continue Status Conference

Dear Judge Carter:

    We represent Plaintiff IEI Inc. ("Plaintiff") in this action. On October 30, 2025, this Court set an in-person status conference in this matter for November 6, 2025, at 2:00 p.m. [DE 121]. Rule 3(A) of this Court's individual practices requires principal trial counsel to appear in person at all conferences. Principal trial counsel for both Plaintiff and Defendant ETG Capital, LLC ("ETG") are unavailable to attend the status conference. The parties have conferred and identified the following dates where the parties' principal trial counsel are both available to attend a status conference before the Court:

    Thursday, November 13, 2025 (8:00 a.m.- 12:00 p.m.)
    Friday, November 14, 2025 (8:00 a.m. - 12:00 p.m.)
    Tuesday, November 18, 2025 (8:00 a.m. - 5:00 p.m.)
    Wednesday, November 19, 2025 (8:00 a.m. - 5:00 p.m.)
    Thursday, November 20, 2025 (12:00 p.m. - 5:00 p.m.)
    Friday, November 21, 2025 (8:00 a.m. - 12:00 p.m.)

    Additionally, Plaintiff's lead counsel resides in Florida. The parties have conferred and further request that the status conference should take place by telephone or Zoom to allow the parties to conserve resources.

    Accordingly, the parties request the Court reschedule the status conference and hold the conference by telephone or Zoom. We thank the Court for its consideration.

The conference previously scheduled for November 6, 2025 is adjourned to November 20, 2025 at 2 p.m. and will take place by telephone. All parties shall appear and should contact the Court at 1-855-244-8681 (2305 3700 226#).

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
November 5, 2025

Respectfully Submitted,

*/s/ Jon L. Swergold*
Jon L. Swergold

Greenberg Traurig, PA | Attorneys at Law
401 East Las Olas Boulevard | Fort Lauderdale, Florida 33301 | T +1 954.765.0500

www.gtlaw.com