UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

IEI INC.,

                               *Plaintiff,*

            -against-

ETG CAPITAL LLC,

                          *Defendant.*

19-CV-05049 (ALC)

**ORDER**

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

        The parties are ORDERED to file a joint status report by **April 20, 2026**, regarding the status of settlement negotiations.

**SO ORDERED.**

Dated:       **April 14, 2026**
               **New York, New York**

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

1