**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

IEI INC.,                                                         :
                                                                 :
                                          *Plaintiff,*           :
                                                                 :        **19-CV-05049 (ALC)**
            -against-                                            :
                                                                 :        <u>ORDER</u>
ETG CAPITAL LLC,                                                 :
                                                                 :
                                          *Defendant.*           :
                                                                 :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within ninety days.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **April 16, 2026**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

1