USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: *4-23 - 26*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

IEI INC., ,

                           *Plaintiff*,

              -v.-

ETG CAPITAL LLC.,

                          *Defendant.*

--------------------------------------------------------------- x

1:19-CV-5049 (ALC)(HJR)

ORDER

ANDREW L. CARTER, JR., District Judge:

      Today's Final Pre-trial Conference and the Bench Trial scheduled for April 28, 2026,

are CANCELED.

SO ORDERED.

Dated:        **New York, New York**
                  **April 23, 2026**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**